**Vera Saxon, Appellee, v. Michael R. Saxon, Appellant.**

**Gen. No. 47,624.**

First District, First Division.

February 9, 1959.

Released for publication March 3, 1959.

Samuel Saxon, for appellant; Jerome Berkson, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.